```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/13/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KENTA GABRIEL LITTLE,                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :          20-CV-5431 (JPC)
              -v-                                                      :
                                                                       :            NOTICE OF
COMMISSIONER OF SOCIAL SECURITY,                                       :          REASSIGNMENT
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

         This case has been reassigned to the undersigned.  **All parties must familiarize themselves**

**with the Court's Individual Rules, including the Individual Rules and Practices for *Pro* Se**

**Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

         The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

         SO ORDERED.

Dated: October 13, 2020                          _____
       New York, New York                                  JOHN P. CRONAN
                                                        United States District Judge