UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENTA GABRIEL LITTLE,

                       Plaintiff,

        - against -

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------X

20-CV-5431 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **April 6, 2021**, Defendant shall file a response to Plaintiff's letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Kenta Gabriel Little
    983 Summit Ave.
    4F
    Bronx, NY 10452

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021