```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENTA GABRIEL LITTLE,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

20-CV-5431 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's application (Dkt. 21) to compel Defendant to file the certified administrative record at this time is denied. The governing scheduling order required Defendant to either answer the complaint and file the administrative record OR move to dismiss the complaint. Defendant moved to dismiss and, accordingly, had and has no obligation to file the administrative record. The documents relevant to the motion have been submitted by Defendant in support of its motion to dismiss for untimeliness. The relevant dates are also confirmed in Plaintiff's complaint. If there are particular documents that Plaintiff believes she needs to be able to respond to the motion she should so inform the Court as part of her response to the motion, which remains due to be filed on **April 13, 2021**.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2021
      New York, New York

2

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Kenta Gabriel Little
    983 Summit Ave.
    4F
    Bronx, NY 10452

Case 1:20-cv-05431-JPC-RWL Document 24 Filed 04/06/21 Page 2 of 2