UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENTA GABRIEL LITTLE,

                Plaintiff,

     - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

20-CV-5431 (JPC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Request granted. The original due date for Plaintiff's response to the motion to dismiss was February 22, 2021. Plaintiff previously requested an extension of time to April 13, 2021, which was granted. Plaintiff's current letter incorrectly states that the deadline had not previously been extended. In any event, the Court will grant Plaintiff this last request for an extension. Plaintiff's opposition, if any, to the motion to dismiss shall be due **May 13, 2021**. There will be no further extensions. In the absence of any filed opposition, the Court will proceed to decide the motion based on the record as it is. If Plaintiff files an opposition, Defendant shall file any reply by June 13, 2021.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: April 12, 2021
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

1

Kenta Gabriel Little
983 Summit Ave.
4F
Bronx, NY 10452