```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENTA GABRIEL LITTLE,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

20-CV-5431 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's opposition to Defendant's motion to dismiss based on statute of limitations was filed on April 19, 2021. Accordingly, Defendant shall file a reply by **May 3, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

    Kenta Gabriel Little
    983 Summit Ave.
    4F
    Bronx, NY 10452